# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

MOHAMMAD ESHAGHI                                    PLAINTIFF

v.                           No. 3:26-cv-135-DPM

SOUTHERN BANCORP BANK                               DEFENDANT

## ORDER

This case is closely related to another case recently handled by United States District Judge Lee P. Rudofsky, *Eshaghi v. Southern Bancorp Bank*, No. 3:25-cv-288-LPR.  In the interest of judicial economy and consistent rulings, the Court directs the Clerk to transfer this case to Judge Rudofsky by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
8 May 2026